IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:23CR63 |
| | § | Judge Mazzant |
| MARK EXPOSITO | § | |
| | § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court that the Defendant, **MARK EXPOSITO** and the Government have entered into a plea in relation to the charges now pending before this Court.

Respectfully Submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

*/s/ Matthew T. Johnson*
MATTHEW T. JOHNSON
Assistant United States Attorney
Texas Bar No. 24060033
600 E. Taylor St., Suite 2000
Sherman, Texas 75092
(903) 868-9454
(903) 892-2792 (fax)
Matthew.johnson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on this the 3rd day of October, 2025, and defense counsel was notified by electronic notification.

*/s/ Matthew T. Johnson*
MATTHEW T. JOHNSON