**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **Dkt. Nos.: 4:23-CR-00063-1** |
| **MARK EXPOSITO,** | § | **4:25-CR-00190-1** |
| **Defendant** | § | |

---

**DEFENDANT'S NOTICE OF APPEAL**

## To the Honorable Chief United States District Judge Amos L. Mazzant, III:

Defendant Mark Exposito files this notice of his intent to appeal his conviction and the district court's judgment and sentence entered on November 10, 2026 (Dkt. No. 4:23-CR-00063-1, ECF 133; Dkt. No. 4:25-CR-00190-1, ECF 28). Mr. Exposito appeals to the Fifth Circuit Court of Appeals in New Orleans, Louisiana.

Mr. Palmer, Mr. Turkel, and Ms. Knight are filing separate Motions to Withdraw and do not anticipate representing Mr. Exposito on appeal. In that motion, they have requested the appointment of counsel for Mr. Exposito's appeal.

Respectfully Submitted,

/s/ *Scott H. Palmer*
Scott H. Palmer
Texas State Bar No. 00797196

/s/ *Russell Turkel*
Russell Turkel
Texas State Bar No. 24125437
PALMER PERLSTEIN
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: 214-987-4100
Facsimile: 214-922-9900

scott@palmerperlstein.com
russell@palmerperlstein.com

/s/ *Camille M. Knight*
Camille M. Knight
Texas State Bar No. 24027124
LAW OFFICE OF CAMILLE KNIGHT
Founders Square
900 Jackson St., Ste. 430
Dallas, TX 75202
Phone: 214-871-1133
Fax: 214-871-0620
Email: camille@cknightlaw.com

**ATTORNEYS FOR MARK EXPOSITO**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this document with the Clerk of this Court, by using the CM/ECF system, on November 20, 2026, which will provide notice to all parties of record.

*/s/ Russell Turkel*
Russell Turkel